**ORIGINAL**

ANDREW P. GORDON, ESQ.
Nevada Bar No. 3421
MCDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Tel.: (702) 873.4100
*Attorneys for Defendants*

2005 OCT 14  P 2: 21

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN NITESCU,<br><br>    Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, a business form unknown; HOWMEDICA OSTEONICS CORPORATION, a business form unknown, a wholly owned subsidiary of STRYKER CORPORATION, a business form unknown; HOWMEDICA OSTEONICS CORPORATION, a business form unknown dba STRYKER ORTHOPAEDICS, a wholly owned subsidiary of STRYKER CORPORATION, a business form unknown; DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV-S-05-0774-KJD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among CARMEN NITESCU ("Plaintiff") and STRYKER CORPORATION and HOWMEDICA OSTEONICS CORPORATION (formerly d/b/a "Stryker Orthopaedics"), that this matter can and should be dismissed with prejudice against refiling in its entirety. Each side will bear its own costs and attorneys' fees. Pursuant to Fed.R.Civ.P. 41(a)(1), no further Order of the Court is needed to effectuate this dismissal.

RESPECTFULLY SUBMITTED this 3rd day of October, 2005.

#1020112 v1
100909-53770

| | |
|---|---|
| YOUR LEGAL POWER™ | McDONALD CARANO WILSON LLP |
| _____ | _____ |
| Herbert L. Michel, Jr., Esq | Andrew P. Gordon, Esq. (#3421) |
| 400 South Fourth Street, Suite 290 | 2300 West Sahara Avenue, Suite 1000 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED this 17th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

Submitted by:
McDonald Carano Wilson LLP

_____
Andrew P. Gordon, Esq. (#3421)
2300 W. Sahara Avenue, Suite 1000
Las Vegas, NV 89102
*Attorneys for Defendants*

#1020112 v1
100909-53770